## HARKNESS v. THE STATE.

(Decided May 18, 1916.)

APPEAL from Blount Circuit Court.

Heard before Hon. J. E. BLACKWOOD.

No counsel marked for appellant.  W. L. MARTIN, Attorney General, for the State.

PER CURIAM.—Appeal dismissed.

---

## HARRINGTON, ALIAS, v. THE STATE.

(Decided May 18, 1916.)

APPEAL from Montgomery City Court.

Heard before Hon. ARMSTEAD BROWN.

No counsel marked for appellant.  W. L. MARTIN, Attorney General, for the State.

BROWN, J.—No bill of exceptions, and no error of record.  Affirmed.

---

## HEADLEY v. THE STATE.

(Decided April 6, 1916.)

APPEAL from Chilton Circuit Court.

Heard before Hon. W. W. PEARSON.

No counsel marked for appellant.  W. L. MARTIN, Attorney General, for the State.

PER CURIAM.—Appeal dismissed.

---

## IMPERIAL COAL & COKE CO. v. HUGHES.

(Decided April 18, 1916.)

APPEAL from Birmingham City Court.

Heard before Hon. JOHN H. MILLER.

TILLMAN, BRADLEY & MORROW, for appellant.  HANBY & FISK, for appellee.

PER CURIAM.—Appeal dismissed by appellant.